#2010-1773

POWERS KIRN, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057
856-802-1000
Attorney for U. S. Bank N. A. Successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Savings and Loan Association, F.A.
WP0186

| | |
|---|---|
| In the Matter of | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| Madelyn Castro aka Madelyn Ruiz-Castro | : |
| | : CHAPTER 7 |
| | : |
| | : CASE NO. 10-16381-RG |
| **Debtors** | : |
| | : **REQUEST FOR NOTICES** |
| | : |

In accordance with Federal Bankruptcy Rule 2002(g), U. S. Bank Home Mortgage, servicing agent for creditor U. S. Bank N. A. Successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Savings and Loan Association, F.A. , by its attorney, Powers Kirn, LLC, hereby requests that all notices be sent to the following address:

    Powers Kirn, LLC
    P. O. Box 848
    Moorestown, NJ  08057
    856-802-1000

                                            POWERS KIRN, LLC

                                                        /s/
                                          By:   William M. E. Powers III

DATED:  March 30, 2010